No. 249. ANCHOR HOCKING GLASS CORP. *v.* CORNING GLASS WORKS. C. A. 3d Cir. Certiorari denied. *Arthur G. Connolly, Edmund P. Wood* and *William J. Wier, Jr.,* for petitioner. *Clair John Killoran* and *Clarence R. Patty, Jr.,* for respondent.

No. 251. COLLINS *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *William Earl Badgett* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent.

No. 264. FRAZIER *v.* NORTH CAROLINA STATE BAR. Sup. Ct. N. C. Certiorari denied. *Samuel S. Mitchell, Romallus O. Murphy, Moses Burt, Jr., Herman L. Taylor, John H. Wheeler* and *Charles Morgan, Jr.,* for petitioner. *John H. Anderson* for respondent.

No. 277. JACK NEILSON, INC. *v.* THOMAS JORDAN, INC. C. A. 5th Cir. Certiorari denied. *Nathan Greenberg* for petitioner.

No. 280. KENNEY *v.* PANCAKE KITCHENS, INC., ET AL. Sup. Ct. App. Va. Certiorari denied. *Robert M. Alexander* for petitioner.

No. 285. DELL *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. *Julius Lucius Echeles* for petitioner.

No. 286. FLORMAN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Julius Lucius Echeles* for petitioner.